1  ~~MICHAEL R.W. HOUSTON~~
   ~~CITY ATTORNEY~~
2  ~~MOSES W. JOHNSON, IV (SBN 118769)~~
   ~~E-mail: mjohnson@anaheim.net~~
3  ~~200 S. Anaheim Boulevard, Suite 356~~
   ~~Anaheim, California  92805~~
4  ~~Tel: (714) 765-5169 Fax: (714) 765-5123~~

5  ~~Attorneys for Defendant CITY OF ANAHEIM;~~
   ~~CITY OF ANAHEIM erroneously sued as~~
6  ~~ANAHEIM POLICE DEPARTMENT; JOHN~~
   ~~WELTER and OFFICER NICK~~
7  ~~BENNALLACK~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT -- 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

~~FILING FEE EXEMPT PURSUANT TO~~
~~GOVERNMENT CODE § 6103~~

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CHRISTINE VILLEGAS, a minor,               | Case No.:   SACV 12-02013CJC(ANx)
   | by and through her Guardian ad
12 | Litem, MIGUEL VILLEGAS;
   | RICEZEN VILLEGAS, a minor, by              | **[PROPOSED] PROTECTIVE
13 | and through his Guardian ad Litem,         | ORDER RE CONFIDENTIAL
   | MIGUEL VILLEGAS; DANIEL                    | INFORMATION**
14 | VILLEGAS, a minor, by and through
   | his Guardian ad Litem, MIGUEL
15 | VILLEGAS; ESTATE OF BERNIE
   | CERVANTES VILLEGAS,
16
   |              Plaintiffs,                   | Action Filed:    October 15, 2012
17 |                                            | Trial Date:      April 1, 2014
   |      v.
18
   | CITY OF ANAHEIM, a California
19 | municipal entity; ANAHEIM
   | POLICE DEPARTMENT, a
20 | California municipal entity; JOHN
   | WELTER; OFFICER DOE 1;
21 | OFFICER DOE 2; OFFICER DOE
   | 3; OFFICER DOE 4; OFFICER
22 | DOE 5; and Does 1-10, inclusive,
23 |              Defendants.

24

25

26

27

28

1     The parties stipulated to a protective order re confidential information that

2   was filed on or about October 1, 2013, and seek to have a protective order

3   entered by the Court based on that stipulation.

4        IT IS SO ORDERED:

5

6

7                                        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   97967v1

2