1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE VILLEGAS, a minor, by and through her Guardian ad Litem, MIGUEL VILLEGAS; RICEZEN VILLEGAS, a minor, by and through his Guardian ad Litem, MIGUEL VILLEGAS; DANIEL VILLEGAS, a minor, by and through his Guardian ad Litem, MIGUEL VILLEGAS; ESTATE OF BERNIE CERVANTES VILLEGAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, a California municipal entity; ANAHEIM POLICE DEPARTMENT, a California municipal entity; JOHN WELTER; OFFICER DOE 1; OFFICER DOE 2; OFFICER DOE 3; OFFICER DOE 4; OFFICER DOE 5; and Does 1-10, inclusive,<br><br>Defendants. | Case No.:   SACV 12-02013CJC(ANx)<br><br>**JUDGMENT** |

The motion of Defendants City of Anaheim, City of Anaheim erroneously sued as Anaheim Police Department, Nick Bennallack, and John Welter came on regularly for hearing before this Court on February 24, 2014.  The evidence

1  having been fully considered, the issues having been duly heard and a decision
2  having been duly rendered and pursuant to the Court's February 24, 2014 Order
3  finding that Defendants are entitled to judgment in their favor on Plaintiffs'
4  claims under 42 U.S.C. § 1983,

5      IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that
6  the action be dismissed on the merits and that Defendants City of Anaheim, City
7  of Anaheim erroneously sued as Anaheim Police Department, Nick Bennallack,
8  and John Welter recover their costs.

10 Dated: April 14, 2014

                    Honorable Cormac J. Carney
                    United States District Judge

28  101287v1